```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 45013
     BERNADINE N BRYANT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
              Debtor
     SSN XXX-XX-7918


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 03/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  92.31% from remaining funds.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
500 FASTCASH                  UNSECURED       NOT FILED            .00              .00
KEITH S SHINDLER              UNSECURED          848.39            .00           783.12
ACE                           UNSECURED       NOT FILED            .00              .00
ACE                           UNSECURED       NOT FILED            .00              .00
PAYDAY LOAN                   UNSECURED       NOT FILED            .00              .00
AMERILOAN                     UNSECURED       NOT FILED            .00              .00
CLINICAL ASSOCIATES           UNSECURED       NOT FILED            .00              .00
COMCAST                       UNSECURED       NOT FILED            .00              .00
COMCAST                       UNSECURED       NOT FILED            .00              .00
COMCAST                       UNSECURED       NOT FILED            .00              .00
COMMONWEALTH EDISON           UNSECURED       NOT FILED            .00              .00
CORPORATE AMERICA CREDIT      UNSECURED         1383.44            .00          1277.01
CREDIT PROTECTION ASSOC       UNSECURED       NOT FILED            .00              .00
CENTRAL CAROLINA BANK         UNSECURED       NOT FILED            .00              .00
DEVON FINANCE                 UNSECURED OTH     149.33             .00           137.85
HOLY CROSS HOSPITAL           UNSECURED       NOT FILED            .00              .00
ILLINOIS COLLECTION SERV      UNSECURED       NOT FILED            .00              .00
I C COLLECTION SERVICE        UNSECURED       NOT FILED            .00              .00
IL DEPT OF HUMAN SERVICE      UNSECURED       NOT FILED            .00              .00
ILLINOIS DEPT OF HUMAN S      UNSECURED          418.40            .00           386.21
LITTLE CO MARY HOSPITAL       UNSECURED       NOT FILED            .00              .00
NATIONAL TITLE LOAN           UNSECURED       NOT FILED            .00              .00
NORTHWEST COLLECTION          UNSECURED       NOT FILED            .00              .00
OSI COLLECTION SERVICE        UNSECURED       NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE      UNSECURED            .00             .00              .00
SONIC PAYDAY COM              UNSECURED       NOT FILED            .00              .00
CB USA                        UNSECURED           98.25            .00            90.69
ROBERT J SEMRAD & ASSOC       REIMBURSEMENT      205.20            .00           205.20
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY      2,200.00                        2,200.00
TOM VAUGHN                    TRUSTEE                                            319.92
DEBTOR REFUND                 REFUND                                             122.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 45013 BERNADINE N BRYANT
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   5,522.00

PRIORITY                                              205.20
SECURED                                                  .00
UNSECURED                                           2,674.88
ADMINISTRATIVE                                      2,200.00
TRUSTEE COMPENSATION                                  319.92
DEBTOR REFUND                                         122.00
                        ---------------        ---------------
TOTALS                    5,522.00                  5,522.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
     Dated: 08/27/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 05 B 45013 BERNADINE N BRYANT